# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142695(47)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALEXANDER EDWARD KOLANEK,
      Defendant-Appellant.

_____

SC: 142695
COA: 295125
Oakland CC: 2009-009016-AR

      On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument is considered and it is granted, limited to ten minutes of the time allotted to plaintiff-appellee.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk